No. 66405.—Charles R. Ruegger, Inc. v. United States, protest 61/3022 (New York).

Opinion by Rao, J. Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

BEFORE THE THIRD DIVISION, JANUARY 22, 1962

No. 66406.—United China & Glass Co. v. United States, protest 60/22341–15871 (New Orleans).

Opinion by Johnson, J. In accordance with stipulation of counsel that the merchandise consists of decorated chinaware boxes and lids similar in all material respects to those the subject of Abstract 61923, the claim of the plaintiff was sustained.